UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     18 CR 886 (VB)
SAED RABAH,                       :
                       Defendant. :
--------------------------------------------------------x

In response to the Court's Order of May 11, 2020 (Doc. #49), the government has advised the Court that it is not willing to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #50).

Accordingly, consistent with the Court's May 11, 2020, Order, defendant's motion is DENIED WITHOUT PREJUDICE to re-filing after defendant demonstrates that the exhaustion requirement has been satisfied.

Dated: May 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1